ANTONINA KUBIAK, Respondent, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Appellant.

*Kubiak* v. *Metropolitan Life Ins. Co.*, 161 App. Div. 942, affirmed. (Argued March 7, 1916; decided March 21, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 25, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover upon a policy of life insurance. The defenses which the insurance company pleaded in its answer were: *First,* that at the time of its medical examination the applicant substituted some other person in his place and that that person was examined by the company's medical examiner, and, *secondly,* that the applicant in his application falsely

stated that he had not been under the care of a physician for two years prior to the company's medical examination, whereas, in truth and fact he had been under the care of a physician within two years previous to the said examination.

*Paul Grout, F. Sidney Williams* and *Gardiner Conroy* for appellant.

*Adolph Ruger* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.